(Reap. Dec. 8283)

UNITED STATES *v.* D. C. ANDREWS & Co., INC.

Entry No. 783610.

(Decided January 28, 1954)

*Warren E. Burger,* Assistant Attorney General, for the plaintiff.
Defendant not represented by counsel.

OLIVER, Chief Judge:   This appeal for reappraisement has been submitted for decision on an agreed statement of fact on the basis of which I find the proper value was the unit invoice price, plus items

marked in red ink X in a circle on the invoice sheet identified by an XX in a circle.

Judgment will be rendered accordingly.